# **EXHIBIT C**

Creekside Corners
Hamilton Point Investments

5301 W Farrington Highway,
Lithonia, GA. 30038
(770) 323-2265

Plaintiff's Name and Address   vs.

16D00589

**MAGISTRATE COURT OF DEKALB COUNTY**

# DISPOSSESSORY WARRANT

**Plaintiff's Attorney and Address**

Ga. Bar No. 765209

Atty: M.Williams
2970 Clairmont Rd, Park Central, Ste 220
Atlanta, Ga. 30329

Khalil Johnson, And All Other Occupants
2207 Turnberry Pl.
Lithonia, GA 30038

Defendant's Name and Address

DP#: 788770

Deposit Paid $
No.

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), (agent), (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.

**FURTHER:**
- [x] That said tenant fails to pay rent now due thereon;
- [ ] That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
- [ ] That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $760.00 ; Dec
(b) rent accruing up to the date of judgment or vacancy at the rate of $ $760.00 per month
(c) other $160.00 Late Fee + $62.98 Court Cost + $70.02 Svc Fee + $165.18 Water & Sewer

**SUMMONS**

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia with in seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally. If such answer is not made to said affidavit on or before the _____ day of _____, 20_____, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

**Witness, the Honorable Berryl A. Anderson of said Court**

Sworn to, subscribed and filed before me, this
Dec 19th 2016 , 20_____

By: _____
Deputy Clerk

Affiant D. CAMPBELL

Phone No. _____

**AFFIDAVIT OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
- [ ] Personally
- [ ] Defendant not found in the jurisdiction of this Court
- [ ] To a person sui juris residing on the premises (Name) _____
  Age _____ Wt. _____ Ht. _____
- [ ] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant (s) to answer at the place stated in said summons.

DATE OF SERVICE_____   Sworn to before me_____

Professional Process Server   Notary Public, State of Georgia