UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KHALIL JOHNSON,<br><br>                Plaintiff,<br><br>vs.<br><br>HAMILTON POINT PROPERTY MANAGEMENT, LLC and HAMILTON POINT INVESTMENTS, LLC,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-349-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendants' Motion to Dismiss for Failure to State a Claim, and the court having adopted the Report and Recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 15th day of February, 2018.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                        By:   s/ Bao Tran Le
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 15, 2018
James N. Hatten
Clerk of Court

By:  s/ Bao Tran Le
       Deputy Clerk